UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-80883 – CIV MARRA-HOPKINS
(CONSOLIDATED CASE: LEAD ACTION)

MAGALY PINARES ET AL
    Plaintiffs,

vs.

UNITED TECHNOLOGIES CORPORATION
PRATT & WHITNEY GROUP, a Connecticut
Corporation
    Defendant.
_____/

## NOTICE OF FILING CASE TO BE CONSOLIDATED

The undersigned counsel to *Cotromano et al* hereby gives notice that on November 27, 2017, a complaint was filed in United States District Court Southern District of Florida and assigned the case number 9:17-cv-81288 on behalf of KELLY CODELLE and ERIC WENDEROTH, prospective co- Personal Representative of the Estate of CHRISTIAN WENDEROTH, Decedent as Plaintiffs, alleging claims of wrongful death against UNITED TECHNOLOGIES CORPORATION PRATT & WHITNEY GROUP, a Connecticut corporation.

The complaint is attached as Exhibit 1. Plaintiffs filed a Notice of Pending Related or Similar case attached as Exhibit 2.

I HEREBY CERTIFY that on this 29th day of November, 2017, I electronically filed the foregoing Notice of Pending, Related or Similar Actions 17with the Clerk of the Court using CM/ECF.

s Mara R. P. Hatfield
JACK SCAROLA
Florida Bar No: 169440
Email:jsx@searcylaw.com;
mep@searcylaw.com
MARA RITCHIE PONCY HATFIELD
Florida Bar No. 37053

Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
Phone: (561) 686-6300
Fax: (561) 383-9539

COUNSEL LIST

Bartlit Beck Herman Palenchar & Scott, LLP
54 W Hubbard Street, Suite 300
Chicago, IL  60654
Phone: (312)-494-4408
Fax: (312)-494-4440
Alexander L. Groden, Esquire
alex.groden@bartlit-beck.com
Andrew C. MacNally, Esquire
Andrew.macnally@bartlit-beck.com
Daniel R. McElroy, Esquire
Daniel.mcelroy@bartlit-beck.com
Sean W. Gallagher, Esquire
sean.gallagher@bartlit-beck.com
Attorneys for UTC Pratt & Whitney Group,
a Connecticut Corporation

Gunster Yoakley & Stewart, P.A.
777 S Flagler Drive, Suite 500 E
West Palm Beach, FL  33401
Phone: (561)-655-1980
Fax: (561)-655-5677
Gregor J. Schwinghammer, Jr., Esquire
gschwinghammer@gunster.com;
\ jhoppel@gunster.com
Heather Carney Costanzo, Esquire
HCostanzo@gunster.com
Attorneys for UTC Pratt & Whitney Group,
a Connecticut Corporation

Schlessinger Law Offices, P.A.
Jeffrey Haberman
Scott P. Schlesinger, Esq
Florida Bar No:  444952
scott@schlesingerlawoffices.com
1212 SE 3rd Ave
Ft Lauderdale, FL  33316
Phone: (954) 320-9507
Facsimile: (954) 320-9509
Counsel for Plaintiff Pinares

Creed & Gowdy, P.A.
Florida Bar No:  0176631
bgowdy@appellate-firm.com;
filings@appellate-firm.com
865 May Street
Jacksonville, FL  32204
Phone: (904) 350-0075
Fax: (904) 503-0441
Counsel for the Plaintiff Pinares


Law Offices of Craig Zobel, P.A.
Craig R. Zobel, Esq.
Flordia Bar No: 056080
czobel@reidzobel.com
3801 PGA Blvd., Suite 600
Palm Beach Gardens, FL  33410
Phone: (561) 277-1819/Fax: (561) 630-9666
Counsel for Plaintiff Pinares